# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ADAM TODD SILVERMAN
a/k/a "Sonny"

**WARRANT FOR ARREST**

CASE NUMBER: 00-6273 CR-HUCK
MAGISTRATE JUDGE BROWN

FILED by _____ D.C.
SEP 19 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ADAM TODD SILVERMAN a/k/a "Sonny"__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy, accessory after the fact and conspiracy to collect extensions of credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 3 and 894__

CARLOS JUENKE
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __Pre-Trial Detention__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |