UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>  v.<br><br>    Defendant | CASE NO.<br>00-6273-CR-Huck<br><br>REPORT COMMENCING CRIMINAL ACTION<br>02405-748 |
|---|---|

TO: CLERK'S OFFICE
  U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 9/27/00  6:00 pm
2. Spoken Language: English
3. Offense(s) charged: RICO ; Extortion
4. U.S. Citizen  [✓] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 7/6/67
6. Type of charging document: (Check One)
 [✓] INDICTMENT  [ ] COMPLAINT TO BE FILED/ALREADY FILED
 CASE NO. 00-6273-CR-Huck  CASE NO. _____
 DISTRICT: S. Dist of Florida (Where warrant or complaint is filed.)
 [ ] BENCH WARRANT FOR FAILURE TO APPEAR
 [ ] PROBATION VIOLATION WARRANT
 [ ] PAROLE VIOLATION WARRANT
 COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✗] YES  [ ] NO
 AMOUNT OF BOND: _____
 WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 9/27/00
9. W. Harl Brook — ARRESTING OFFICER
10. AGENCY: FBI
11. 954-545-1967 PHONE NO.

234

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Jeffrey H. Sloman   FBI S/A Kevin Rentzel (954) 545-1966

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ADAM TODD SILVERMAN
a/k/a "Sonny"

**WARRANT FOR ARREST**

**00-6273**

CASE NUMBER: CR - HUCK
MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ADAM TODD SILVERMAN a/k/a "Sonny"
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  RICO conspiracy, accessory after the fact and conspiracy to collect extensions of credit

in violation of Title 18 United States Code, Section(s) 1962(d), 3 and 894

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
9-19-00

CARLOS JUENKE                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                          Title of Issuing Officer

_____                        September 19, 2000 Fort Lauderdale, Florida
Signature of Issuing Officer                     Date and Location

Bail fixed at $ Pre-Trial Detention              by William P. Dimitrouleas, United States District Judge
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

INFORMATION COPY ONLY
MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL