UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6273-CR-HUCK / GARBER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ADAM TODD SILVERMAN,
    Defendant.
_____/

### DEFENDANT SILVERMAN'S MOTION TO CONTINUE PRETRIAL DETENTION HEARING

Defendant, ADAM TODD SILVERMAN, through undersigned appointed counsel, respectfully files this Motion for Continuance of Pretrial Detention Hearing, and in support thereof states:

1. Undersigned counsel was appointed to represent the Defendant on Thursday, September 28, 2000.

2. This matter is presently scheduled for Pretrial Detention Hearing on Monday, October 2, 2000, at 11:00 a.m.

3. Co-defendants are scheduled for their Pretrial Detention Hearing on Thursday, October 5, 2000, at 3:30 p.m.

4. Undersigned counsel requests that Mr. Silverman's Pretrial Detention Hearing be continued to Thursday, October 5, 2000, at 3:30 p.m. to



allow for further defense preparation.

WHEREFORE, based on the above and foregoing, the Defendant respectfully requests that the Pretrial Detention Hearing be continued to Thursday, October 5, 2000, at 3:30 p.m.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 29th day of September, 2000, to Jeff Sloman, Esquire, U.S. Attorney's Office, 500 West Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Michael G. Smith
FBN: 265802
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
(954)764-0033