UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

FRANCIS RUGGIERO  ORDER
ADAM TODD SILVERMAN
CHARLES PATRICK MONICO



FILED by _____ D.C.
MAG. SEC.

OCT 0 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

---

THIS CAUSE came before the Court this date, and pursuant to proceedings held before Magistrate Judge Barry L. Garber, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the **Arraignment and the Pretrial Detention** hearings of the above defendants (and the **Report re Counsel hearing** for defendant RUGGIERO) are hereby re-set to **Thursday, October, 5, 2000 3:30 p.m.o'clock** before Magistrate Judge Barry L. Garber.

DONE and ORDERED in Chambers, at Miami, Florida this 2nd day of October, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 00C- 67 - 730

cc: AUSA
    Defense counsel
    Pre-trial Services
    U.S. Marshal