UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

ADAM TODD SILVERMAN
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : __02405-748__

Language:_____ENGLISH_____

    The above-named Defendant appeared before **Magistrate Judge
Barry L. Garber**, where the Defendant was arraigned and a plea of
not   guilty   was   entered.     Defendant   and   court-
appointed/retainedcounsel of record will be **noticed for trial by
the District Judge assigned to this case.**  The following
information is current as of this date:

Defendant:          Address:_____

                    _____

                    Tel. No:_____

Defense Counsel:    Name    :___MICHAEL SMITH, ESQ.___

                    Address:___633 S.E. THIRD AVENUE, #4___

                    ___FORT LAUDERDALE, FL 33301___

                    Tel. No:___(954) 764-0033___

Bond Set/Continued:      $ *150,000 CSB w/ Nebbia*

Dated this 5th day of October, 2000.

                    CLARENCE MADDOX, CLERK

                    BY__Karen Sussmann_____
                         Deputy Clerk

c:Clerk for Judge
  U.S. Attorney *La Vecchio/Sloman*        TAPE NO._00C 68____
  Defense Counsel                          DIGITAL START NO._3780_
  Pretrial Services
formarra.ign

