UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

v.

ADAM TODD SILVERMAN

**ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION & SETTING A BOND**

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

✓ The government's motion is **denied**.
✓ The defendant's motion is **granted**; bond is set at:

___ Personal Surety, unsecured, in the amount of $_____

___ Personal Surety in the amount of $_____ with 10% posted with Clerk of Court.

___ Personal Surety in the amount of $_____ secured by the following collateral: _____

___ Full Cash in the amount of $_____

✓ Corporate Surety in the amount of $150,000 w/ Nebbia

___ Full Cash or Corporate Surety in the amount of $_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

___ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: Three WEEKLY IN PERSON; Two WEEKLY BY PHONE.
___ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
✓ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.  Remain SDFL
___ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
✓ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
___ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: CURFEW 10:00 PM THROUGH 7:00 A.M.; Electronic Monitoring at deft's own expense, including during deft's employment hours

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 5th day of October, 2000.

TAPE NO. 00C- 69-1
            68-2180
c:AUSA, Defense,
   Pretrial Services
   U.S. Marshal
Lavecchio/Sloman
Michael Smith, Esq.

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

*Filed 2000 OCT -6 AM 11:50 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIA*