# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| Field | Value |
|---|---|
| 1. CIR./DIST./DIV. CODE | FLS |
| 2. PERSON REPRESENTED | Silverman, Adam Todd |
| VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER | |
| 4. DIST. DKT./DEF. NUMBER | 0:00-006273:006 |
| 5. APPEALS DKT./DEF. NUMBER | |
| 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) | United States v. Trentacosta (Huck) |
| 8. PAYMENT CATEGORY | Felony |
| 9. TYPE PERSON REPRESENTED | Adult Defendant |
| 10. REPRESENTATION TYPE | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 894.F -- COLLECTION OF CREDIT BY EXTORTION

**12. ATTORNEY'S NAME AND MAILING ADDRESS**
Smith, Michael G. FLS
Suite 4-F
633 Southeast 3rd Avenue
Ft. Lauderdale FL 33301

**13. COURT ORDER**
[X] O Appointing Counsel

Date of Order: 10/18/00
Nunc Pro Tunc Date: 9/28/00

### CATEGORIES

| | Categories | Hours Claimed | Total Amount Claimed | Math/Tech Adjusted Hours | Math/Tech Adjusted Amount | Additional Review |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____**
**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**
**21. CASE DISPOSITION**

**22. CLAIM STATUS** [ ] Final Payment  [ ] Interim Payment Number ___  [ ] Supplemental Payment

Signature of Attorney: _____  Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER  DATE  28a. JUDGE / MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.  DATE  34a. JUDGE CODE