AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Jeffrey H. Sloman   FBI S/A Kevin Rentzel (954) 545-1966

## United States District Court

SOUTHERN DISTRICT OF FLORIDA   508280

UNITED STATES OF AMERICA

V.

ADAM TODD SILVERMAN
a/k/a "Sonny"

**WARRANT FOR ARREST**

**00-6273**

CASE NUMBER: CR - HUCK
MAGISTRATE JUDGE BROWN

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ADAM TODD SILVERMAN a/k/a "Sonny"
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   RICO conspiracy, accessory after the fact and conspiracy to collect extensions of credit

in violation of Title 18 United States Code, Section(s) 1962(d), 3 and 894

CARLOS JUENKE                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      September 19, 2000 Fort Lauderdale, Florida
Signature of Issuing Officer                     Date and Location

Bail fixed at $ Pre-Trial Detention              by William P. Dimitrouleas, United States District Judge
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL |

| DATE RECEIVED 9/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 9/27/00 | | |