```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION

 3

 4
     UNITED STATES OF AMERICA,          No: 00-6273-CR-HUCK
 5
                   Plaintiff,           Miami, Florida
 6                                      October 5, 2000

 7        v.

 8
     ADAM TODD SILVERMAN,
 9
                                              ORIGIN
10                Defendants.

11   _____/

12

13        TRANSCRIPT OF PRETRIAL DETENTION HEARING
                 OF ADAM TODD SILVERMAN
14       BEFORE THE HONORABLE BARRY L. GARBER
             UNITED STATES MAGISTRATE JUDGE
15                   65 pages

16
     APPEARANCES:
17
     For the Plaintiff:       LAWRENCE LAVECCHIO
18                            JEFFREY SLOMAN,
                              Asst. U. S. Attorneys
19

20   For the Defendant
     Frederick Massaro:       FRED HADDAD, ESQ.
21

22   For the Defendant
     Francis Ruggiero:        SAMUEL R. DELUCA, ESQ.
23

24

25
     APPEARANCES (Continued)

           ACCURATE REPORTING SERVICES, INC.
```