CRIMINAL MINUTES/CALENDAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    TIME: 9:30-9:45

THE HONORABLE BARRY L. GARBER PRESIDING

CASE NO.  00-6273-CR-HUCK         DATE:  NOVEMBER 17, 2000

CLERK:    Karen Sussmann          REPORTER/TAPE NO 00C: 86-500

PTS/USPO: None                    INTERPRETER:   None

**UNITED STATES OF AMERICA vs. ADAM TODD SILVERMAN(J)**
02405-748

AUSA:     JEFFREY SLOMAN, AUSA

REC'D by ___ D.C.
MAG. SEC.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

DEFENDANT(S) COUNSEL:   MICHAEL SMITH, ESQ.

DEFENDANT(S)   PRESENT__X__ NOT PRESENT_____ IN CUSTODY_____

REASON FOR HEARING:   Defendant Silverman's Motion to Modify or
                      Reduce Bond

RESULTS OF HEARING:   Defendant's motion granted insofar as bond is reduced
                      to $100,000 Corporate Surety Bond with *Nebbia*;
                      All previous conditions of release as ordered by the
                      Court shall remain in affect