UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

ADAM TODD SILVERMAN

_____

FILED by _____ D.C.
MAG. SEC.

NOV 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

## ORDER

THIS CAUSE came on to be heard upon Defendant SILVERMAN's Motion to Modify or Reduce Bond filed November 15, 2000.   Upon a review of the file in this matter, and after argument of counsel, it is hereby

ORDERED and ADJUDGED that the defendant's motion shall be GRANTED insofar as the Court shall reduce the defendant's bond from a $150,000 Corporate Surety Bond with a *Nebbia* to a $100,000 Corporate Surety Bond with a *Nebbia*.  All previous conditions of release as ordered by this Court on October 5, 2000 shall remain in affect.

DONE and ORDERED at Miami, Florida this _17_ day of November, 2000.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc: Jeffrey Sloman, AUSA
    Michael Smith, Esq.
    Pre-trial Services

