| CJA 24 (REV. 10/89) | **AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT** | VOUCHER NO. FLST2000539 |
|---|---|---|
| 1. JURISDICTION  1 ☐ MAGISTRATE  2 ☐ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. DOCKET NO. | PAID BY GN 11/24/00 |
| 3. DISTRICT DOCKETING NO. 00-6273-CR-Huck | 4. APPEALS DOCKET NO.   5. FOR (DISTRICT/CIRCUIT) SD FL | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF | USA vs. Adam Todd Silverman | |
| 7. PERSON REPRESENTED Adam Todd Silverman | 8. LOCATION/ORGANIZATION CODE SD FL M. | DATE PAID 11/21/00 MJ |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Prepare for trial and cross examine witness at Trial

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

10/5/00 Pretrial Detention Before Judge Banstra

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. Michael G. Smith

SIGNATURE OF ATTORNEY    DATE 10/24/00
ATTORNEY'S TELEPHONE NO. 954-764-0033
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY   4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF JUDGE OR MAGISTRATE
DATE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
A. Apportion ____ % of transcript with | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS  ☐ Official  ☒ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: ACCURATE REPORTING SERVICES, INC.
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 59-1115424
18. PAYEE'S ADDRESS: 172 W Flagler St. #325, Miami FL 33130
19. TELEPHONE NO. AREA CODE ( ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 20 | 20 | $ 3 | $ | $ | $ 60 |
| B. Copy | 45 | 44 | $ .75 | $ | $ | $ 33 |
| C. Expenses (Itemize): | | | filed 11/13/00 | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION   DATE 11/9/00

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT   DATE 11/13/00

23. TOTAL CLAIMED $ 93.00

24. APPROVED FOR PAYMENT
SIGNATURE OF PRESIDING JUDICIAL OFFICER   DATE 11/20/2000

25. AMT. APPROVED 93.00

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT