Case 0:00-cr-06273-PCH   Document 182   Entered on FLSD Docket 03/02/2001   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6273-CR-HUCK / GARBER



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ADAM TODD SILVERMAN,
    Defendant.
_____/

### DEFENDANT SILVERMAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

The Defendant, ADAM TODD SILVERMAN, pursuant to the provisions of Rule 45(b), Federal Rules of Criminal Procedure, and without objection by the government, respectfully moves this Court for an extension of time within which to file pretrial motions, and as grounds therefore says:

1. Pretrial Motions in this case are presently due on Friday, March 2, 2001.

2. Undersigned counsel requests an extension of time of five working days within which to file any Pretrial Motions, making Pretrial Motions do on or before Friday, March 9, 2001.

3. Undersigned counsel makes this request because certain pertinent information has just come to the attention of counsel and this information needs to be explored further to determine if a Pretrial



    Motion is appropriate.

4.  Should this information develop and require a Pretrial Motion be filed, it will have relevance solely to this Defendant, Adam Silverman.

5.  Pursuant to Local Rule, office of undersigned counsel discussed this matter with AUSA, Jeff Sloman, who stated he has no objection to the granting of this Motion.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests this Honorable Court to grant an extension of time to and including March 9, 2001, within which to file Pretrial Motions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail on this 23rd day of February, 2001, to the following:

Jeff Sloman, Esquire
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, Florida 33301

Adam Todd Silverman
Inmate No.: 02405-748
FDC - Miami
33 Northeast Fourth Street
Miami, Florida 33130

Manny Gonzalez, Esquire
(atty for Banks)
782 Northwest LeJeune Road
Suite 440
Miami, Florida 33126

Donald Spadero, Esquire
(atty for Chiusano)
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316

Richard Houlihan, Esquire
(atty for Trentacosta)
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Tom Almon, Esquire
(atty for Charles Monico)
321 Northeast 26th Street
Miami, Florida 33137

Alejandro Taquechel, Esquire
(atty for Garcia)
3750 West 16th Avenue
Suite 238
Hialeah, Florida 33012

Jeffrey Weinkle, Esquire
(atty for Hernandez)
1035 Northwest 11th Avenue
Miami, Florida 33136

Fred Haddad, Esquire
(atty for Massaro)
101 Northeast Third Avenue
Suite 202
Fort Lauderdale, Florida 33301

Samuel D. Deluca, Esquire
(atty for Ruggeriero)
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

BY: _____
MICHAEL G. SMITH
FBN# 265802
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
(954)764-0033 / (954)764-2590 - fax