UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6273-CR-HUCK / GARBER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ADAM TODD SILVERMAN,
    Defendant.
_____/

### DEFENDANT SILVERMAN'S MOTION FOR AUTHORIZATION TO EXPEND FUNDS TO OBTAIN ESSENTIAL DISCOVERY MATERIAL

COMES NOW the Defendant, ADAM TODD SILVERMAN, through undersigned appointed counsel, and files this motion requesting advance authorization to expend CJA funds to obtain essential discovery and, in support thereof, states as follows:

1. Undersigned counsel has been appointed to represent the Defendant, Adam Silverman, pursuant to the Criminal Justice Act.

2. As this Court is aware, the Defendant has been charged in a 25 Count Indictment with eight other individuals with racketeering spanning a six year period. The pattern of alleged racketeering activity consisted of multiple acts or threats involving murder, extortion, extortionate extensions of credit, financing extortionate extensions of credit,



           collection of extensions of credit by extortionate means, fraud, bank fraud, theft from interstate shipments, interference with commerce by threats or violence and obstruction of justice

3. Undersigned counsel has been advised by the Government that the discovery in this case is voluminous, consisting of approximately 3,000 documents, 74 audio tapes, 17 CD ROMs and one video.

4. Further, the government advises that this Discovery is in the possession of International Legal Imprints and available for Defendant at an estimated cost of $1,500.00.

5. Undersigned counsel has previously requested authorization to expend these funds to obtain the essential discovery materials pursuant to the Criminal Justice Act as indicated by the attached letter and memorandum to this Court under date of February 5, 2001. (Exhibit "A"). As of the date of this Motion, undersigned counsel has not yet received a response.

WHEREFORE, based upon the above and foregoing, the Defendant, ADAM TODD SILVERMAN, respectfully requests that this Court grant the relief herein sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail on this 7th day of March, 2001, to the following:

Jeff Sloman, Esquire
Assistant U.S. Attorney
500 East Broward Blvd.
Fort Lauderdale, Florida 33301

Adam Todd Silverman
Inmate No.: 02405-748
FDC - Miami
33 Northeast Fourth Street
Miami, Florida 33130

Manny Gonzalez, Esquire
(atty for Banks)
782 Northwest LeJeune Road
Suite 440
Miami, Florida 33126

Donald Spadero, Esquire
(atty for Chiusano)
1000 South Federal Highway
Suite 103
Fort Lauderdale, Florida 33316

Richard Houlihan, Esquire
(atty for Trentacosta)
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Tom Almon, Esquire
(atty for Charles Monico)
321 Northeast 26th Street
Miami, Florida 33137

Alejandro Taquechel, Esquire
(atty for Garcia)
3750 West 16th Avenue
Suite 238
Hialeah, Florida 33012

Jeffrey Weinkle, Esquire
(atty for Hernandez)
1035 Northwest 11th Avenue
Miami, Florida 33136

Fred Haddad, Esquire
(atty for Massaro)
101 Northeast Third Avenue
Suite 202
Fort Lauderdale, Florida 33301

Samuel D. Deluca, Esquire
(atty for Ruggeriero)
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

BY: _____
MICHAEL G. SMITH
FBN# 268802
633 Southeast Third Avenue, Suite 4-F
Fort Lauderdale, FL 33301
(954) 764-0033 / (954) 764-2590 - fax

*Michael G. Smith*

ATTORNEY AT LAW
TRIAL LAWYERS BUILDING
SUITE 4F
633 SOUTHEAST THIRD AVENUE
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE (954) 764-0033
FAX (954) 764-2590

February 5, 2001

The Honorable Paul C. Huck
United States District Court Judge
301 North Miami Avenue
Miami, Florida 33132

RE: **United States v. Adam Silverman**
**Case No.: 00-6273-CR-HUCK / GARBER**

Dear Judge Huck:

Please find enclosed a proposed Memorandum For Authorization For Funds to Obtain Essential Discovery Materials. As you may be aware, discovery in this case is voluminous consisting of approximately 2,000 documents, 74 audio tapes, 17 CD ROMs and one video. As explained in the Memorandum, all of this material is essential to the proper and adequate preparation of the defense.

With this letter, I am requesting this Court Petition the Eleventh Circuit for advance authorization to expend up to $1,500.00 in copying costs to obtain essential discovery. Should the proposed Memorandum meet with your approval please execute and forward to the appropriate parties. If you require any changes or any further information, please contact my office.

Very truly yours,

/s/ Michael G. Smith

Michael G. Smith, Esquire
MGS/pb
Enclosure - 2 pages

## DEFENDANT SILVERMAN'S MEMORANDUM
## FOR AUTHORIZATION FOR FUNDS
## TO OBTAIN ESSENTIAL DISCOVERY MATERIALS

TO:        Chief Judge R. Lanier Anderson, III or his representative

FROM:      United States District Judge Paul C. Huck

DATE:      February 5, 2001

SUBJECT:   Advance Authorization for Funds to Obtain Essential Discovery Materials.

It is requested that advance authorization be granted to obtain essential Discovery materials in excess of the maximum allowed under the provision of subsection (e)(3) of the Criminal Justice Act, Title 18, U.S.C. § 3006A, as follows:

Case Name:       United Stated v. Adam Silverman (Southern District of Florida)

Case No.:        00-6273-CR-HUCK / GARBER

Copy Service:    International Legal Imprints
                 150 Southeast Second Avenue
                 Suite 800
                 Miami, Florida 33131

Reason for Application:

The Defendant has been charged in a 25 Count Indictment with eight other individuals with racketeering spanning a six year period. The pattern of alleged racketeering activity consisted of multiple acts or threats involving murder, extortion, extortionate extensions of credit, financing extortionate extensions of credit, collection of extensions of credit by extortionate means, fraud, bank fraud, theft from interstate shipments, interference with commerce by threats or violence and obstruction of justice.

Counsel has been advised by the government that all discovery materials are in the possession of International Legal Imprints and are available to the Defendant for copying. Discovery in this case presently consists of approximately 2,000 documents (transcripts), one video, 74 audio cassettes, and 17 CD ROMs. All of this material is essential

discovery as it contains either conversations by the Defendant and/or by other persons discussing the Defendant and/or his alleged involvement in this case. All materials must be carefully reviewed for accuracy and content in order to properly and effective prepare the defense of this case.

Estimated costs:

    2000 pages @ .15 = $300.00

    1 video @ $20.00 = $20.00

    74 audio cassettes @ $5.00 = $370.00

    17 CD ROMs @ $45.00 = $765.00

        Total Estimated Costs =   $1,500.00

I certify that the estimated compensation in excess of the amount set forth in Title 18, U.S.C. § 3006A(e)(3) appears necessary to provide fair compensation for services of an unusual character and therefore recommend approval of this advance authorization in the amount of $1,500.00.

_____        _____
PAUL C. HUCK                                     Date
U.S. DISTRICT COURT JUDGE

Advance Authorization in the amount of $_____

_____        _____
Chief Judge, United States Court of Appeals    Date
    (or Delegate)

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Adam Todd Silverman | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6273-CR-HUCK | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. Trentacosta | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | 10. REPRESENTATION TYPE (See Instructions) Criminal |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 894, F

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☒ Authorization to obtain the service. Estimated Compensation and Expenses: $ 1500 OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney [signed]   Date 3/7/01

☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Michael G. Smith
633 SE 3 Ave 4F Ft. Laud FL 33301   Telephone Number: 954-764-0033

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Trial Prep / Copies of Essential Discovery

14. TYPE OF SERVICE PROVIDER
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☒ Duplication Services (See Instructions)
24 ☐ Other (Specify)

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED) | | | |

17. PAYEE'S NAME AND MAILING ADDRESS

TIN: _____
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date _____

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code