00-6273.oe

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM TODD SILVERMAN,

    Defendant.
_____/



## ORDER STRIKING MOTION AS UNTIMELY

This Cause is before the Court on Defendant Adam Todd Silverman's Motion to Adopt, filed April 11, 2001. This Court having reviewed the motion and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **STRICKEN** as untimely.

**DONE AND ORDERED** this 16th day of April, 2001 at Miami, Florida.

                                          STEPHEN T. BROWN
                                          U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Jeffrey H. Sloman, Esq. (AUSA)
       Larry LaVecchio, Esq.
       Richard Houlihan, Esq.
       Samuel Deluca, Esq.
       Jeffrey Weinkle, Esq.
       Donald Spadero, Esq.
       Michael Smith, Esq.
       Fred Haddad, Esq.
       Alejandro Taquechel, Esq.
       Thomas Almon, Esq.
       Manuel Gonzalez, Esq.