00-6273.oj

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM TODD SILVERMAN,

    Defendant.
_____/



### ORDER GRANTING MOTION TO ADOPT

This Cause is before the Court on Defendant Adam Todd Silverman's Motion to Adopt, filed March 30, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and Defendant Silverman is hereby deemed to have adopted the following motions:

Filed on behalf of Frederick Massaro:

    A.    Motion to Dismiss Indictment, RICO Conspiracy;

    B.    Initial Motion to Dismiss Murder Related Counts;

    C.    Motion for Rule 104(c) Hearing Regarding Rule 404(b) Evidence, etc.;

    D.    Request for Specific Brady Material, etc.;

    E.    Motion to Suppress Evidence Derived From Illegal Electronic Surveillance in State Proceedings, etc.;

    F.    Motion to Exclude 404(b) Evidence [403 and 404 Objection] etc.;

    G.    Motion for Accelerated Disclosure of Brady, Jencks, Kyle, Agurs Related Materials;

    H.    Motion for Individual Voir Dire;

Filed on behalf of Ariel Hernandez

A. Motion to Sever the Trial of All Co-Defendants or in the Alternative Motion in Limine to Preclude Introduction of Statements Made by Co-Defendants after Ariel Hernandez was no Longer a Member of the Conspiracy;

B. Request for Specific Brady Material and Memorandum of Law and for Immediate Disclosure;

C. Request to Disclose Expert Testimony;

D. Motion to Sever Counts 17 and 18 and to Strike Allegations of the Murder of Jeanette Smith;

E. Motion for Disclosure of Rule 404 Evidence and Memorandum of Law;

F. Motion for a Pre-Trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law;

G. Defendant's Motion for Discovery and Suppression of Co-Conspirator's Statements and Incorporated Memorandum of Law;

H. Motion to Strike Government's Discovery Response for Failure to Provide True and Accurate Copies of Intercepted Wire Communications and to Order Production of "Line Sheets."

On behalf of Julius Chiusano:

A. Motion for Severance of Counts 17, 18, 19 and 20 and Memorandum of Law

**DONE AND ORDERED** this 16th day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Paul C. Huck
     counsel on attached list

2

- Jeffrey H. Sloman, Esq. (AUSA)
- Larry LaVecchio, Esq.
- Richard Houlihan, Esq.
- Samuel Deluca, Esq.
- Jeffrey Weinkle, Esq.
- Donald Spadero, Esq.
- Michael Smith, Esq.
- Fred Haddad, Esq.
- Alejandro Taquechel, Esq.
- Thomas Almon, Esq.
- Manuel Gonzalez, Esq.