UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by \_\_\_\_ D.C.
APR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

ANTHONY TRENTACOSTA,
FREDERICK J. MASSARO,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CARLOS GARCIA,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,

         Defendants.
_____/

CASE NO. 00-6273-CR-HUCK

**ORDER GRANTING MOTION FOR**
**EXTENSION OF TIME TO FILE**

THIS MATTER having come before the Court upon a special status conference hearing on April 19, 2001. The Government motion the Court Oral Tenus for an *Extension of Time in Which to Response to all Defendants pending motions.* The Court having heard argument on the said motion and the reasons advanced therein and the Court being fully advised as to the facts and circumstances of this case, it is

    **ORDERED AND ADJUDGED** that the Government's *Motion for Extension of Time in Which to Response* is hereby **GRANTED**. The Government shall file any and all response in this matter on or before <u>Friday, June 15, 2001</u>.

    **DONE AND ORDERED**, in Miami, Florida, this 23rd day of April 2001.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE

cc: Judge Brown
    All counsel of record.