UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK
Magistrate Judge Brown

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADAM TODD SILVERMAN,

Defendant(s).

_____/



## ORDER SETTING EVIDENTIARY HEARING

**THIS MATTER** was before the Court upon the Defendant's Motion to Suppress Statements
filed on March 30, 2001. This Court being otherwise fully advised in the premises, it is hereby
ordered and adjudged that an evidentiary hearing shall take place upon the aforementioned motion
on **Monday, August 27, 2001 at 10:00 A.M., at the United States District Court, 300 N.E. 1st
Ave., Miami, Florida, Courtroom VIII.**

     (a) Motions to continue shall be filed at least 48 hours prior to the hearing.

     (b) Witness lists shall be exchanged at least 48 hours prior to the hearing.

     (c) All exhibits to be used at this hearing shall be pre-marked and made available to
the opposing party at least 48 hours prior to the hearing.

     (d) All case law to be argued at this hearing shall be submitted to opposing counsel
(citations or copies of cases) at least 48 hours prior to the hearing, unless already contained in
written memoranda previously filed in this case.

     (e) No supplemental or additional memoranda or other forms of alleged "written aid"

to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids

for use at the hearing.

(f) The parties shall immediately notify this Court of any settlement of the matters

which are the subject of this hearing.

(g) The Court has reserved two hours for this hearing. If either party desires more

time allotted, the appropriate motion shall be filed.

(h) Only the defendant(s) subject to this motion shall be required to attend this hearing.

**DONE AND ORDERED** this _____ day of August, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:     Honorable Paul C. Huck
        Michael Smith, Esq.
        Lawrence LaVecchio, AUSA
        Richard Houlihan, Esq.
        Fred Haddad, Esq.
        Samuel DeLuca, Esq.
        Jeffrey Weinkle, Esq.
        Donald Spadaro, Esq.
        Albert Levin, Esq.
        Thomas Almon, Esq.
        Manuel Gonzalez, Esq.
        William Matthewman, Esq.
        Christopher Grillo, Esq.