UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE STEPHEN T. BROWN     CIVIL/CRIMINAL MINUTES       COURTROOM VIII

| August 2001 | September 2001 | October 2001 |
|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S |
| 1 2 3 4 | 1 | 1 2 3 4 5 6 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 29 | 28 29 30 31 |
| | 30 | |

*Elaine Summa-*
*Contract*

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 10:00 AM - 4:00 PM *4:00 p.m.* *2:00 pm - 4:00 p.m.* | | | USA v. Adam Silverman & Ariel Hernandez 00-6273-CR-PCH M/Sup ( all day) |

JA — Larry — el Vecchio HUSH

Silverman — Michael Smith

Hernandez — Jeffrey Weinkle

Matter continued to Tues., Sept.

11, 2001 @ 10:00 a.m.