Court Reporter - Elaine Somma - Contract

**Calendar**

| Start | End | Category | Description |
|---|---|---|---|
| 10:00 AM – ~~4:00 PM~~ 12:00 p.m. 2:00 p.m. – 5:00 p.m. | | | USA v. Adam Silverman & Ariel Hernandez 00-6273-CR-PCH M/Sup (all day) |

USA - Larry La Vecchio - AUSA

Jeff Silverman - Michael

Jeff Hernandez - Jeffrey Weintl

try held. Matter continued to

Tues., Sept 11, 2001 @ 10:00 a.m.