**EXHIBIT AND WITNESS LIST**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9/4/01 | | | Franco Ilarraza, Detective, Broward Sheriff's Office Direct, Cross - Mike Smith, Esq. Recalled - Direct, cross - Mike Smith, Esq., Re-direct |
| ✓ | | 9/4/01 | | | William Hufe, FBI Agent, Direct, cross - Mike Smith, Esq. |
| ✓ | | 9/4/01 | | | Warren Emerson, Broward Sheriff's Office |
| | AH1 | 9/4/01 | | ✓ | Statement / Transcript of Mrs. Rubel |
| | | 9/11/01 9/26/01 | | | William Gruver, Agent |
| ✓ | | 9/26/01 | | | Jerry Velasquez |

**USA** — PLAINTIFF'S ATTORNEY: Larry LaVecchio, AUSA

**Adam Silverman vs. Ariel Hernandez** — DEFENDANT'S ATTORNEY: Silverman - Michael Smith, Esq., Hernandez - Jeffrey Weinkle, Esq.

DISTRICT COURT: STD FLC

DOCKET NUMBER: 00-6273-CR-PCH

TRIAL DATE(S) Suppress: 9/4, 9/11, 9/26

PRESIDING JUDGE: Stephen T. Brown

COURT REPORTER: See minutes

COURTROOM DEPUTY: Stephanie A. Lee

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of