UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

FILED by \_\_\_\_\_ D.C.

OCT 05 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MI\*\*\*

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,
VS.

ADAM TODD SILVERMAN, et al.,
　　　　　　　　　Defendant
_____/

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation filed by Magistrate Judge Stephen T. Brown dated September 13, 2001. On September 04, 2001, Judge Brown held an evidentiary hearing on the Defendant's Motion to Suppress Statements. After a full de novo review, the Court has considered the Report and Recommendation, and the Defendant has not filed objections to the Report and Recommendation. It is

**ORDERED AND ADJUDGED** that this Court affirms the Report and Recommendation entered on September 13, 2001, which concludes that Defendant's Motion to Suppress Statements be denied, it is further

**ORDERED AND ADJUDGED** that the Defendant's Motion to Suppress Statements is DENIED.

**DONE AND ORDERED** in Miami, Florida this 5 day of October 2001.

1



_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Honorable Stephen T. Brown
 all counsel of record