UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6273-CR-HUCK / GARBER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ADAM TODD SILVERMAN,
    Defendant.
_____/



## NOTICE OF ATTORNEY'S CHANGE OF ADDRESS

COMES NOW undersigned counsel and advises the Clerk of the Court that he has relocated his office and requests that all records be updated to reflect his current address as:

    Michael G. Smith, Esquire
    FBN# 265802
    110 Southeast Sixth Street, Suite 1970
    Fort Lauderdale, Florida 33301
    (954) 761-7201
    (954) 767-8343 - fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was mailed this 15th day of October, 2001, to Jeff Sloman, Esquire, U.S. Attorney's Office, 500 West Broward Blvd., Fort Lauderdale, Florida 33301 and all counsel of record.

                      MICHAEL G. SMITH, ESQUIRE
                      FBN# 265802
                      110 Southeast Sixth Street, Suite 1970
                      Fort Lauderdale, Florida 33301
                      (954) 761-7201
                      (954) 767-8343 - fax