```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
```

FILED by D.C.
CT. REP.
OCT 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO.: 00-6273 CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ANTHONY TRENTACOSTA, et al

    Defendants.

_____/

EXCERPT OF THE TESTIMONY OF FRANK ILARRAZA

The above-entitled cause came on for hearing before the Honorable Magistrate Judge Stephen T. Brown, at the United States District Court, Miami, Florida, on the 4th day of September, 2001, commencing at 10:00 a.m.

--------------------

FERNANDEZ & ASSOCIATES
444 BRICKELL AVENUE, SUITE 718, Miami
(305) 374-8868