UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.00-6273-CR-HUCK

       Plaintiff,

vs.   NOTICE OF HEARING

ADAM TODD SILVERMAN,

       Defendant.

_____/



FILED by V.T. D.C.
NOV 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

    PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a change of plea hearing on Friday, November 09, 2001, at 12:30 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: November 01, 2001

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins,
Deputy Clerk

cc:  Jeffrey Sloman, AUSA
     Lawrence Lavecchio, AUSA
     Michael Smith, Esq.
     U.S. Probation Office
     U.S. Marshals Service
     Pre-Trial Services