UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED
NOV 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. MIAMI

CASE NO.: 00-6273 CR-HUCK

UNITED STATES OF AMERICA,

   Plaintiff,

VS.

ANTHONY TRENTACOSTA, et al

   Defendants.
_____/

MOTION TO SUPPRESS

The above-entitled cause came on for hearing before the Honorable Magistrate Judge Stephen T. Brown, at the United States District Court, Miami, Florida, on the 4th day of September, 2001, commencing at 10:00 a.m.

--------------------

FERNANDEZ & ASSOCIATES
444 BRICKELL AVENUE, SUITE 718, Miami
(305) 374-8868