FILED by _____ D.C.
NOV 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE # 00-6273-CR-Huck

vs.

Adam Todd Silverman

### CHANGE OF PLEA

On 11/9/01 the above named defendant appeared in person before the Honorable Paul C. Huck, United States District Judge/Magistrate, with _____, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty to Count(s) 19 _____, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilty. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(✓) The Court postponed sentencing until 1/25/02 - 3:30
_____

( ) The defendant being allowed to remain on bond until sentencing.
( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.
(✓) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge Paul C. Huck
Reporter Larry Herr
Courtroom Deputy Elvis Taveras