UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6273-CR-HUCK / GARBER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

ADAM TODD SILVERMAN,
    Defendant
_____/



### DEFENDANT SILVERMAN'S
### UNOPPOSED MOTION TO CONTINUE SENTENCING AND
### TO EXTEND TIME FOR FILING OBJECTIONS TO THE PSI

The Defendant, ADAM TODD SILVERMAN, by and through undersigned court appointed counsel, and without objection by the government, respectfully moves this Court to continue the sentencing date presently set and to grant a corresponding extension of time within which to file his objections to the PSI, and in support thereof says:

1. Sentencing in this cause is presently scheduled for Tuesday, January 29, 2002.

2. Undersigned counsel has not yet received his copy of the PSI. Counsel notes that the Defendant entered his change of plea on November 9, 2001.

3. Although counsel has not yet received the PSI, he anticipates numerous objections which must be filed and

litigated in this extended litigation, particularly regarding relevant conduct and perhaps grounds for a downward departure. Upon receipt of the PSI, undersigned counsel must then meet with the Defendant, who is incarcerated, and discuss his position regarding the PSI, and thereafter complete the research necessary to draft the objections thereto.

4. Pursuant to Local Rule 88.8, the PSI "shall be completed and made available for disclosure" at least 35 days prior to sentencing, with any objections to the report to be filed "within 14 days of receipt of the report". The rules further provide that the final report and any addendum be made available to the Court and counsel seven days prior to the sentencing proceeding. Obviously, the time frames mandated by Local Rule cannot be complied with given the presently scheduled sentencing date and the Defendant is not in a position to waive his rights under Local Rule.

6. Pursuant to Local Rule, undersigned counsel has discussed this matter with AUSA Larry LaVecchio, Esquire, who stated he has no objection to the relief herein sought.

WHEREFORE, based on the above and foregoing, the Defendant, ADAM TODD SILVERMAN, respectfully moves this Court to enter its Order continuing the sentencing date for a minimum of thirty-five days.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was mailed this 24th day of January, 2002 to Larry LaVecchio, Esquire, Assistant U.S. Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Flroida 33301 and to U.S. Probation, 300 Northeast First Avenue, Miami, Florida 33132-2126.

Michael G. Smith
AutoNation Tower, Suite 1970
110 Southeast Sixth Street
Fort Lauderdale, FL 33301
(954) 761-7201 - Office
(954) 767-8343 - Fax
Florida Bar No. 265802

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6273-CR-HUCK / GARBER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADAM TODD SILVERMAN,

        Defendant
_____/

### ORDER ON DEFENDANT SILVERMAN'S UNOPPOSED MOTION TO CONTINUE SENTENCING AND TO EXTEND TIME FOR FILING OBJECTIONS TO THE PSI

THIS CAUSE having come before this Court upon the Defendant's Unopposed Motion to Continue Sentencing and to Extend Time for Filing Objections to the PSI, the Court having considered this matter, the government having no objection thereto and the Court being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the said Motion is **GRANTED**. The January 29, 2002, sentencing in this matter shall be re-scheduled with Notice to all parties. Objections to the PSI shall be filed at least fourteen (14) days prior to sentencing.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ___ day of January, 2002.

HONORABLE PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc:   Michael G. Smith, Esquire
       AUSA Larry LaVecchio, Esquire
       U.S. Probation