UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273 -CR-HUCK
Magistrate Judge Stephen T. Brown

UNITED STATES OF AMERICA,

   Plaintiff,

VS.

ADAM TODD SILVERMAN,
CARLOS GARCIA,

   Defendants.

_____/

FILED by ___ D.C.
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS MATTER came before the Court by virtue of Defendants' Motions for a Continuance of the Sentencings filed on January 28, 2002. Upon consideration of the motions and a finding that good cause exists for the requests, it is hereby

ORDERED that the defendants' motions are GRANTED. Therefore the sentencings are reset for February 19, 2002 at 4:00 p.m. before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida. Any further Objections to the Pre-sentence Investigation Report are to be filed on or before February 8, 2002.

DONE AND ORDERED in Chambers, Miami, Florida, this 29 day of January, 2002.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE



cc:   Lawrence LaVecchio, Ausa
      Jeffrey Sloman, Ausa

      Albert Levin, Esq.
      888 Brickell Avenue
      Sixth Floor
      Miami, Florida 33131

      Michael Smith, Esq.
      Auto Nation Tower=, Suite 1970
      110 Southeast Sixth Street
      Fort Lauderdale, Florida 33301