UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6273-CR-HUCK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION TO |
| | ) | REDUCE SENTENCE PURSUANT |
| ADAM TODD SILVERMAN, | ) | TO U.S.S.G. SECTION 5K1.1 |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion to reduce the sentence of defendant Adam Todd Silverman pursuant to U.S.S.G. Section 5K1.1 and states as follows:

1. The defendant has provided substantial assistance to the United States which was significant to warrant the filing of this motion.

2. The United States will provide the Court with a more detailed explanation at the defendant's sentencing.

WHEREFORE, the United States respectfully requests that this Court grant the above-mentioned motion at the time of the defendant's sentencing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

_____
JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 378879
500 E. BROWARD BLVD. 7TH FLOOR
FT. LAUDERDALE, FL 33394
TEL. NO. (954) 356-7392

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed and delivered by hand in open court this 19th day of February, 2002 to Michael Smith, Esquire (Attorney for Adam Todd Silverman), 633 SE 3rd Avenue, Suite 4F, Fort Lauderdale, Florida 33301.

_____
JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY