# COURTROOM DEPUTY MINUTES
## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
### BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

**19** Tuesday

4:30 PM    SENTENCING

00-6273-CR-HUCK
USA
V.

ADAM TODD SILVERMAN(J)02405-748
NO INTERP.

Jeffrey Sloman, AUSA
Michael Smith, Esq

CR: Paul Hafferling
CRD: Elvis Taveras

DOCKET ENTRY:

FILED by ____ D.C.
FEB 2 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant is sentenced to

1 — 42 months custody of B.O.P.

2 — 3 years supervised release with conditions that he maintain full time employment, serve 300 hours of community service, and provide full financial disclosure to probation. The Court recommends that the defendant be housed in the south Florida region and that he participate in drug and alcohol abuse counseling.

3 — $100.00 special assessment.

485