

U.S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*

---

*Building 2000*
*3800 Camp Creek Parkway, S.W.*
*Atlanta, Georgia 30331-5099*

March 15, 2002

The Honorable Paul C. Huck
United States District Judge
United States District Court
301 N. Miami Avenue
Miami, Florida 33128



FILED by _____ D.C.

MAR 2 2 2002

CLARENCE MADDOX
CLERK U.S. ...
S.D. O...

**RE:   SILVERMAN, Adam Todd**
**Reg. No. 02405-748**
**Docket No. 00-6273**
                     CR - PCH

Dear Judge Huck:

You recently sentenced the above-named inmate to a term of 42 months for Accessory After the Fact (Murder). At the time of the imposition of sentence, you recommended Mr. Silverman begin service of his sentence at a facility in south Florida.

In designating an inmate, we must consider several factors including safety and security. In the case of Mr. Silverman, placement at the Federal Correctional Institution (FCI), Miami, Florida, would cause a threat to his safety. Therefore, we have designated FCI, Marianna, Florida, as the institution for initial commitment.

I regret we were unable to comply with your recommendation, but trust you understand our rationale. If you have questions regarding this matter or if we may be of further assistance, please contact me.

Sincerely,

R. E. Holt
Regional Director

495

"Sensitive Limited Official Use Only"

cc:   Mark Henry, Warden
      FCI, Marianna