```
                UNITED STATES DISTRICT COURT          FILED by _____ D.C.
                SOUTHERN DISTRICT OF FLORIDA          APPEAL
                   FORT LAUDERDALE DIVISION              NOV 2 7 2002

                                                      CLARENCE MADDOX
                CASE NO. 00-6273-CR-HUCK/BROWN        CLER., U.S. DIST. CT.
                                                      S.D. OF FLA.  MIAMI
```

_____
                                        |
UNITED STATES OF AMERICA,               |    MIAMI, FLORIDA
                                        |
          Plaintiff,                    |    NOVEMBER 6, 2000
v.                                      |
                                        |
ANTHONY TRENTACOSTA, et al.             |
                                        |
          Defendants.                   |
_____x


               TRANSCRIPT OF STATUS CONFERENCE
            BEFORE THE HONORABLE PAUL C. HUCK,
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
                         Assistant U.S. Attorneys
                         500 East Broward Boulevard, Suite 700
                         Ft. Lauderdale, FL  33394
                         954/356-7255

FOR DEFENDANT:           RICHARD HOULIHAN, ESQ.
  TRENTACOSTA:


FOR DEFENDANT:           FRED HADDAD, ESQ.
  MASSARO:               One Financial Plaza
                         Ft. Lauderdale, FL  33394
                         954/467-6767


FOR DEFENDANT            JEFFREY D. WEINKLE, ESQ.
  HERNANDEZ:             One Southeast 2nd Street, Suite 3550
                         Miami, FL  33131 - 305/373-4445

```
FOR DEFENDANT
   MONACO:              THOMAS ALMON, ESQ.


FOR DEFENDANT
   GARCIA:              ALBERT LEVIN, ESQ.


FOR DEFENDANT
   SILVERMAN:           MIKE SMITH, ESQ.



REPORTED BY:            LARRY HERR, RPR-CM-FCRR-AE
                        Official Federal Court Reporter
                        JLK Federal Justice Building
                        99 Northeast 4th St., Suite 1067
                        Miami, FL  33132 - 305/523-5528
```