```
 1                UNITED STATES DISTRICT COURT        FILED by _____ D.C.
                  SOUTHERN DISTRICT OF FLORIDA        APPEAL
 2                   FORT LAUDERDALE DIVISION              NOV 2 7 2002

 3                CASE NO. 00-6273-CR-HUCK/BROWN          CLARENCE MADDOX
                                                       CLERK, U.S. DIST. CT.
                                                        S.D. OF FLA. - MIAMI
 4     _____
                                       |
 5     UNITED STATES OF AMERICA,       |    MIAMI, FLORIDA
                                       |
 6              Plaintiff,             |    SEPTEMBER 4, 2001
       v.                              |
 7                                     |
       ANTHONY TRENTACOSTA, et al.     |
 8                                     |
                Defendants.            |
 9     _____x

10
                    TRANSCRIPT OF STATUS CONFERENCE
11                BEFORE THE HONORABLE PAUL C. HUCK,
                      UNITED STATES DISTRICT JUDGE
12
       APPEARANCES:
13
       FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
14                              Assistant U.S. Attorneys
                                500 East Broward Boulevard, Suite 700
15                              Ft. Lauderdale, FL  33394
                                954/356-7255
16
       FOR DEFENDANT:           STEPHEN H. ROSEN, ESQ.
17       TRENTACOSTA:           999 Ponce de Leon Boulevard
                                Suite 700
18                              Coral Gables, FL  33134
                                305/448-9900
19

20
       FOR DEFENDANT:           FRED HADDAD, ESQ.
21       MASSARO:               One Financial Plaza
                                Ft. Lauderdale, FL  33394
22                              954/467-6767

23

24

25
```

```
 1  FOR DEFENDANT              JEFFREY D. WEINKLE, ESQ.
      HERNANDEZ:               One Southeast 2nd Street, Suite 3550
 2                             Miami, FL  33131 - 305/373-4445

 3
    FOR DEFENDANT
 4    RUGGIERO:                SAM DELUCA, ESQ.

 5
    FOR DEFENDANT
 6    SILVERMAN:               MICHAEL SMITH, ESQ.

 7  FOR DEFENDANT
      CHIUSANO:                DONALD SPADARO, ESQ.
 8

 9
    REPORTED BY:               LARRY HERR, RPR-CM-FCRR-AE
10                             Official Federal Court Reporter
                               JLK Federal Justice Building
11                             99 Northeast 4th St., Suite 1067
                               Miami, FL  33132 - 305/523-5528
12
```