```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                 FORT LAUDERDALE DIVISION

 3           CASE NO. 00-6273-CR-HUCK/BROWN

 4     ------------------------------------
                                          |
 5     UNITED STATES OF AMERICA,          |    MIAMI, FLORIDA
                                          |
 6              Plaintiff,                |    FEBRUARY 5, 2001
       V.                                 |
 7                                        |
       ANTHONY TRENTACOSTA,               |
 8     et al.,                            |
                                          |
 9              Defendants.               |
       -----------------------------------x
10

11            TRANSCRIPT OF STATUS CONFERENCE
            BEFORE THE HONORABLE PAUL C. HUCK,
12             UNITED STATES DISTRICT JUDGE

13     APPEARANCES:

14     FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
                              JEFFREY H. SLOMAN, ESQ.
15                            Assistant U.S. Attorneys
                              500 East Broward Boulevard, Suite 700
16                            Ft. Lauderdale, FL  33394
                              954/356-7255
17
       FOR DEFENDANT          RICHARD HOULIHAN, ESQ.
18      TRENTACOSTA:          300 Aragon Avenue Suite 310
                              Coral Gables, FL  33134
19                            305/442-1522

20     FOR DEFENDANT HERNANDEZ:

21                            JEFFREY D. WEINKLE, ESQ.
                              One Southeast 2nd Street
22                            Suite 3550
                              Miami, FL  33131
23                            305/373-4445

24     FOR DEFENDANT MONICO:  THOMAS F. ALMON, JR.
                              321 Northeast 26th Street
25                            Miami, FL  33137 - 305/576-8568.
```

FILED by _____ D.C.
APPEAL
JAN 30 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI