UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE No: 1:00-CR-6273-HUCK/BROWN

UNITED STATES OF AMERICA

    Plaintiff

v.

ADAM TODD SILVERMAN

    Defendant

_____/

### DEFENDANT'S MOTION UNDER 18 U.S.C. §§ 3583(e)(1) AND (e)(2) FOR EARLY TERMINATION OF PROBATION

Defendant, ADAM TODD SILVERMAN, by and through his undersigned counsel, hereby moves for an Order terminating his probation pursuant to the provisions of 18 U.S.C.§§ 3583(e)(1) and (e)(2), and in support thereof states:

1. On February 19, 2002, after having pleaded guilty to one count of violating 18 U.S.C. § 3 (accessory, after the fact, to murder), Defendant Adam Todd Silverman was sentenced to imprisonment for a term of forty-two (42) months and, upon release from imprisonment, to supervised

1

release for a term of three (3) years. Standard Conditions of Supervision as well as Special Conditions of Supervision (including the performance of two [200] hundred hours of community service annually over the period of supervision) were imposed by the Judgment. The criminal monetary penalty assessed by the Judgment has been paid by Mr. Silverman

2. On August 27, 2003 Mr. Silverman was released from prison into a halfway house where he remained under supervision until October 14, 2003. He was then released into society under the supervision of his Probation Officer, Steven G. Aasterud, of the United States Probation Office, Ft. Lauderdale Division.

4. Mr. Silverman has served more than one half of his sentence of post-release supervision, viz., in excess of twenty months of his thirty six month term of supervised release.

5. At all times since the imposition of the Judgment, Mr. Silverman has complied with each one of his Standard and Special Conditions of incarceration and post-release supervision.

6. Mr. Silverman presently resides in Broward County, Florida. Since his release from the halfway house Mr. Silverman has been gainfully employed as a productive member of society. Presently Mr. Silverman is a principal of, and employed by, Island Fun Adventures, Inc., a Florida

corporation engaged in the business of providing recreational aquatic services and equipment, primarily in the Caribbean market. In or about January of this year, with the approval and recommendation of his Probation Officer, the Court granted Mr. Silverman ongoing permission to travel outside the United States as and when required for the performance of his employment obligations.

7. Undersigned counsel for Mr. Silverman hereby certifies to this Court that I have spoken with both Steven G. Aasterud (Mr. Silverman's Probation Officer) and Lawrence D. LaVecchio, Esq. (the Assistant United States Attorney in charge of this case) regarding Mr. Silverman's present motion for an Order granting early termination of his probation. I refer to those conversations below.

8. Mr. Aasterud advised me that Mr. Silverman has done everything required and requested of him in complying with and fulfilling all conditions of his probation since he first reported to Mr. Aasterud immediately following his release into supervised probation. Mr. Aasterud stated that Mr. Silverman has adhered timely to each of the conditions and requirements of his supervised probation. He also advised me that although Mr. Silverman has not yet completed his obligation to perform his current year's two hundred (200) hours of community service, he has

remaining term of his supervised release, and discharging him from the remaining conditions of his probation, be granted in all respects.

Dated this 17th day of May, 2005.

*(signature)*

Lawrence H. Rogovin, Esquire
Attorney for Defendant
Presidential Circle
4000 Hollywood Boulevard, Suite 265 South
Hollywood, Florida 33021
Tel. No. (954) 367-0666
Fax No. (954)272-0225
Email address: LRogovin@Bellsouth.net
Florida Bar No. 138824

## CERTIFICATE OF SERVICE

I hereby certify that on this _18th_ day of May, 2005, a true copy of the Defendant's foregoing Motion for Early Termination of Probation was mailed to Lawrence D. LaVecchio, Assistant United States Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, and faxed to him at 954-356-7336.

*(signature)*

Lawrence H. Rogovin, Esquire