UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM TODD SILVERMAN,

    Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER is before the Court pursuant to Defendant's Motion for Early Termination of Probation. After reviewing the motion and being fully advised in the premises, it is

ORDERED and ADJUDGED that the Court finds that it is not in the interest of justice to terminate Defendant's supervised release until all community service hours for the current year have been completed. Therefore, Defendant's Motion for Early Termination of Probation is **DENIED**. Defendant may renew his motion upon completion of the community service hours for the current year.

DONE in Chambers at Miami, Florida this 23rd day of May, 2005.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lawrence La Vecchio, AUSA
Lawrence H. Rogovin, Esq.
Steven G. Aasterud, U.S. Probation Officer