## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE No: 1:00-CR-6273-HUCK/MAGISTRATE JUDGE BROWN

**UNITED STATES OF AMERICA**

   **Plaintiff**

**v.**

**ADAM TODD SILVERMAN**

   **Defendant**

_____/

## RENEWAL OF DEFENDANT'S MOTION UNDER 18 U.S.C. §§ 3583(e)(1) AND (e)(2) FOR EARLY  TERMINATION OF PROBATION

Defendant, ADAM TODD SILVERMAN, by and through his undersigned counsel, hereby renews his Motion under 18 U.S.C. §§ 3583(e)(1) and (e)(2) for Early Termination of Probation, and in support thereof states:

1.   On May 19, 2005 Defendant's undersigned counsel served Defendant's motion for an Order terminating his probation pursuant to

1

the provisions of 18 U.S.C. §§ 3583(e)(1) and (e)(2). The motion was not opposed by the Government. The motion stated that Defendant had complied with all requirements of the judgment except completing (as of the date of the motion) the last 13.75 hours of 400 total hours of community service ordered.

2.    By Order dated May 23, 2005, the Court denied Defendant's Motion for Early Termination of Probation, stating "Defendant may renew his motion upon completion of the community service hours for the current year." A true copy of said Order is annexed as Exhibit 1.

3.    Defendant has since completed his entire community service hours requirement and, therefore, renews his Motion for an order granting him an early termination of his supervised release. Annexed hereto as Composite Exhibit 2 is a true copy of Defendant's summaries of the recorded community service hours performed by him between February 2004 and May 2005, the originals of which were delivered monthly by Defendant to his Probation Officer, Steven G. Aasterud, of the United States Probation Office, Ft. Lauderdale Division.

4.    As previously certified by undersigned counsel following conversations with Probation Officer Steven G. Aasterud and with Assistant United States Attorney in connection with Defendant's earlier

motion, both Mr. Aastarud and Mr. LaVecchio each stated to me he has no objection to Mr. Silverman's motion for an Order terminating his probation.

WHEREFORE, the undersigned respectfully requests that an order be entered herein granting the motion of Defendant Adam Todd Silverman for an early termination of his probation.

**DATED** this 21st day of June, 2005.

Lawrence H. Rogovin, Esquire
Attorney for Defendant
Presidential Circle
4000 Hollywood Boulevard, Suite 265 South
Hollywood, Florida 33021
Tel. No. (954) 367-0666
Fax No. (954)272-0225
Email address: LRogovin@Bellsouth.net
Florida Bar No. 138824

## CERTIFICATE OF SERVICE

I hereby certify that on this 21s day of June, 2005, a true copy of the foregoing Renewal of Defendant's Motion for Early Termination of Probation was mailed to: Lawrence D. LaVecchio, Assistant United States Attorney, 500 E. Broward Boulevard, Ft. Lauderdale, Florida 33394, and faxed to him at 954-356-7336; and by mail to Steven G. Aasterud, U.S. Probation Officer, U.S. Probation Office, 299 E. Broward Boulevard,

Suite 409, Ft. Lauderdale, FL 33301-1865.

Lawrence H. Rogovin, Esquire



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ADAM TODD SILVERMAN,

      Defendant.

_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER is before the Court pursuant to Defendant's Motion for Early Termination of Probation. After reviewing the motion and being fully advised in the premises, it is

ORDERED and ADJUDGED that the Court finds that it is not in the interest of justice to terminate Defendant's supervised release until all community service hours for the current year have been completed. Therefore, Defendant's Motion for Early Termination of Probation is **DENIED**. Defendant may renew his motion upon completion of the community service hours for the current year.

DONE in Chambers at Miami, Florida this 23rd day of May, 2005.

                                        _____
                                 PAUL C. HUCK
                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lawrence La Vecchio, AUSA
Lawrence H. Rogovin, Esq.
Steven G. Aasterud, U.S. Probation Officer

EXHIBIT V

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura, FL 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:**   May-05

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|-----------------|-----------|------------|-------------------|
| 05/01/05 | Tutor windows lessons | 9:30 AM | 3:30 PM | 6.00 |
| 05/06/05 | Set up fo services | 4:00 PM | 6:30 PM | 2.50 |
| 05/07/05 | Clean up after services | 9:00 PM | 11:30 PM | 2.50 |
| 05/08/05 | Lessons with Quickbooks | 9:00 AM | 12:30 PM | 3.50 |
| 05/10/05 | Load and deliver file cabinets & misc. office | 7:30 AM | 10:30 AM | 3.00 |
| 05/13/05 | Set up fo services | 10:00 AM | 12:30 PM | 2.50 |
| 05/14/05 | Clean up after services | 9:00 PM | 11:30 PM | 2.50 |
| 05/15/05 | Quickbooks inventory | 8:00 AM | 3:00 PM | 7.00 |
| 05/20/05 | Set up fo services | 4:00 PM | 7:00 PM | 3.00 |
| 05/21/05 | Clean up after services | 9:00 PM | 11:30 PM | 2.50 |
| 05/22/05 | Quickbooks lessons and install new elec outl. | 8:00 AM | 3:00 PM | 7.00 |
| 05/27/05 | Set up fo services | 8:00 AM | 10:30 AM | 2.50 |

**MONTHLY TOTAL HOURS:** 44.50

**TOTAL HOURS THIS YEAR:** 200.75

**REMAINING HOURS DUE THIS YEAR:** 0.00

**TOTAL HOURS TO DATE:** 400.75

**SIGNED BY RABBI BROSOWANKIN:** *Rabbi C. Brusowankin*



COMPOSITE
**EXHIBIT 2**



# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad /** 21001 Biscayne Blvd. Aventura, FL 33180

**Location Supervisor: Rabbi Brosowankin** (305) 458-3415

**MONTH OF** April 05

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|-----------|-------------|-------------------|
| 04/01/05 | Set up for services | 7:00 AM | 8:00 AM | 1:00 |
| 04/02/05 | Clean up after services | 8:30 PM | 1:00 PM | 2:30 |
| 04/03/05 | Install and teach Quickbooks | 9:00 AM | 1:00 PM | 4:00 |
| 04/08/05 | Set up for services | 9:00 AM | 11:30 AM | 2:30 |
| 04/09/05 | Clean up after services | 8:30 PM | 11:00 PM | 2:50 |
| 04/11/05 | Replace hard drive and load operating sys. | 5:30 PM | 9:30 PM | 4:00 |
| 04/15/05 | Set up for services | 8:00 AM | 10:30 AM | 2:50 |
| 04/16/05 | Clean up after services | 9:00 PM | 11:15 PM | 2:25 |
| 04/17/05 | Remove old file cabinets and replace | 8:00 AM | 11:00 AM | 3:00 |
| 04/22/05 | Set up for services | 7:00 AM | 9:30 AM | 2:30 |
| 04/23/05 | Clean up after services | 9:00 PM | 11:30 PM | 2:50 |
| 04/28/05 | Deliver computer monitors & off supplies | 4:00 PM | 6:00 PM | 2:00 |

**MONTHLY TOTAL HOURS:** 31.75

**TOTAL HOURS THIS YEAR:** 156.25

**REMAINING HOURS DUE THIS YEAR:** 43.75

**TOTAL HOURS TO DATE:** 384.75

**SIGNED BY RABBI BROSOWANKIN:** _Carmiel Brosowankin_

# COMMUNITY SERVICE HOURS

## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura, FL 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:** Mar 05

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|-----------|-------------|-------------------|
| 03/02/05 | Download biblical writings | 7:30 AM | 9:30 AM | .00 |
| 03/04/05 | Set up for services | 7:00 AM | 9:30 AM | 2.50 |
| 03/05/05 | Clean up after services | 7:30 PM | 10:00 PM | .50 |
| 03/08/05 | Download biblical writings | 7:00 AM | 9:30 AM | .50 |
| 03/11/05 | Set up for services | 1:00 PM | 3:30 PM | 2.50 |
| 03/12/05 | Clean up after services | 7:30 PM | 10:00 PM | 2.50 |
| 03/18/05 | Set up for services | 7:00 AM | 9:30 AM | 2.50 |
| 03/19/05 | Clean up after services | 7:30 PM | 10:00 PM | 2.50 |
| 03/20/05 | Download biblical writings | 6:00 PM | 9:00 PM | 3.00 |
| 03/25/05 | Set up for services | 7:00 AM | 9:30 AM | 2.50 |
| 03/26/05 | Clean up after services | 7:30 PM | 10:00 PM | 2.50 |
| 03/30/05 | Download biblical writings | 7:00 PM | 9:00 PM | 2.00 |

**MONTHLY TOTAL HOURS:** 28.50

**TOTAL HOURS THIS YEAR:** 124.50

**REMAINING HOURS DUE THIS YEAR:** 75.50

**TOTAL HOURS TO DATE:** 353.00

SIGNED BY RABBI BROSOWANKIN: _Rabbi Brosowankin_

# ...UNITY SERVICE HOURS

## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura, Fl. 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:**    Feb-05

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
| 02/02/05 | Computer lessons for Rabbi | 6.00 PM | 9.00 PM | 3.00 |
| 02/04/05 | Set up for services | 7.00 AM | 9.30 AM | 2.50 |
| 02/05/05 | Clean up after services | 7.30 PM | 10.00 PM | 2.50 |
| 02/06/05 | assemble new computer system and load sw | 8.00 AM | 2.00 PM | 6.00 |
| 02/11/05 | Set up for services | 7.00 AM | 9.30 AM | 2.50 |
| 02/12/05 | Clean up after services | 8.00 PM | 10.30 PM | 2.50 |
| 02/13/05 | Load software & drivers in new PC | 8.30 AM | 12.30 PM | 4.00 |
| 02/18/05 | Set up for services | 7.00 AM | 9.30 AM | 2.50 |
| 02/19/05 | Clean up after services | 8.00 PM | 10.30 PM | 2.50 |
| 02/20/05 | Start download of biblical writings (85000pgs) | 8.00 AM | 1.30 PM | 5.50 |
| 02/25/05 | Set up for services | 7.00 AM | 9.30 AM | 2.50 |
| 02/26/05 | Clean up after services | 8.00 PM | 10.30 PM | 2.50 |

**MONTHLY TOTAL HOURS:**    38.50

**TOTAL HOURS THIS YEAR:**    95.00

**REMAINING HOURS DUE THIS YEAR:**    105.00

**TOTAL HOURS TO DATE:**    323.50

**SIGNED BY RABBI BROSOWANKIN:**    _Carol Brosowankin_

# COMMUNITY SERVICE HOURS

## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd, Aventura, FL 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

MONTH OF: Jan-05

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|-----------|-------------|-------------------|
| 01/01/05 | Clean up after services | 7:30 PM | 9:30 PM | 2.00 |
| 01/02/05 | Computer lessons for Rabbi B. | 8:00 AM | 10:00 AM | 2.00 |
| 01/07/05 | Set up for services | 3:00 PM | 5:30 PM | 2.50 |
| 01/08/05 | Clean up after services | 7:30 PM | 9:30 PM | 2.00 |
| 01/09/05 | Computer lessons for Rabbi B. | 8:00 AM | 10:00 AM | 2.00 |
| 01/14/05 | Set up for services | 3:00 PM | 5:30 PM | 2.50 |
| 01/15/05 | Clean up after services | 7:30 PM | 9:30 PM | 2.00 |
| 01/16/05 | Install locks on bathroom doors | 8:00 AM | 10:00 AM | 2.00 |
| 01/21/05 | Set up for services | 3:00 PM | 5:30 PM | 2.50 |
| 01/22/05 | Clean up after services | 7:30 PM | 9:30 PM | 2.00 |
| 01/23/05 | Computer lessons for Rabbi B. | 8:00 AM | 12:00 PM | 4.00 |
| 01/28/05 | Set up for services | 3:00 PM | 5:30 PM | 2.50 |

MONTHLY TOTAL HOURS: 28.00

TOTAL HOURS THIS YEAR: 56.50

REMAINING HOURS DUE THIS YEAR: 143.50

TOTAL HOURS TO DATE: 285.00

SIGNED BY RABBI BROSOWANKIN:

B.N

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura, FL 33180

**Location Supervisor: Rabbi Brosowankin** (305)933-0770

MONTH OF: Dec-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
| 12/07/04 | Set up for Chanukah service | 4.00 PM | 5.00 PM | 3.00 |
| 12/08/04 | Clean up and reset for Chanukah | 4.00 PM | 7.00 PM | 3.00 |
| 12/09/04 | Clean up and reset for Chanukah | 4.00 PM | 7.00 PM | 3.00 |
| 12/10/04 | Clean up and reset for Chanukah | 4.00 PM | 7.00 PM | 3.00 |
| 12/11/04 | Clean up and reset for Chanukah | 4.00 PM | 7.00 PM | 3.00 |
| 12/12/04 | Clean up and reset for Chanukah | 4.00 PM | 7.00 PM | 3.00 |
| 12/13/04 | Clean up and reset for Chanukah | 4.00 PM | 7.00 PM | 3.00 |
| 12/17/04 | Set up for Friday service | 2.00 PM | 4.30 PM | 2.50 |
| 12/24/04 | Set up for Friday service | 2.00 PM | 4.30 PM | 2.50 |
| 12/31/04 | Set up for Friday service | 2.00 PM | 4.30 PM | 2.50 |
|  |  |  |  | 0.00 |
|  |  |  |  | 0.00 |

MONTHLY TOTAL HOURS: 28.50

TOTAL HOURS THIS YEAR: 28.50

REMAINING HOURS DUE THIS YEAR: 171.50

TOTAL HOURS TO DATE: 228.50

SIGNED BY RABBI BROSOWANKIN: *[signature]*

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura. Fl. 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:**  Nov-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
|      | No CC this month |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |

**MONTHLY TOTAL HOURS:**  0.00

**TOTAL HOURS THIS YEAR:**  200.00

**REMAINING HOURS DUE THIS YEAR:**  0.00

**TOTAL HOURS TO DATE:**  200.00

**SIGNED BY RABBI BROSOWANKIN:** _____

# COMMUNITY SERVICE HOURS

## for ADAM SILVERMAN

Location: Aventura Chabad / 1500 Biscayne Blvd Aventura, FL 33180

Location Supervisor: Rabbi Brosowankin (305) 936-8070

MONTH OF: Oct 04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|-----------|-------------|-------------------|
| 10/01/04 | Community organizing | 7:30 PM | 10:30 PM | 3.00 |
| 10/02/04 | Clean up and organize for service/luncheon | 7:30 AM | 3:00 PM | 5.50 |
| 10/09/04 | Clean up services | 10 PM | 4:17 PM | 2.00 |
| 10/12/04 | Clean up after services and set up | 10:00 AM | 2:00 PM | 4.00 |
| 10/16/04 | Clean up after services | 11:00 AM | 2:00 PM | 3.00 |
| 10/23/04 | Clean up after services | 11:00 AM | 2:00 PM | 3.00 |
| 10/30/04 | Clean up after services | 11:00 AM | 2:00 PM | 3.00 |
|  |  |  |  | 0.00 |
|  |  |  |  | 0.00 |
|  |  |  |  | 0.00 |
|  |  |  |  | 0.00 |
|  |  |  |  | 0.00 |

MONTHLY TOTAL HOURS: 23.50

TOTAL HOURS TO DATE: 200.00

REMAINING HOURS DUE: 0.00

SIGNED BY: RABBI BROSOWANKIN

# COMMUNITY SERVICE HOURS

## for ADAM SILVERMAN

**Location: Aventura Chabad /** 21001 Biscayne Blvd. Aventura, Fl. 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:**   Sep-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
| 09/02/04 | Setup for Friday services | 3:00 PM | 5:00 PM | 2.00 |
| 09/05/04 | Data input - Addresses | 9:00 AM | 12:00 PM | 3.00 |
| 09/07/04 | Load and setup Winfax in RB room | 3:00 PM | 6:00 PM | 3.00 |
| 09/10/04 | Setup for Friday services | 3:00 PM | 5:00 PM | 2.00 |
| 09/13/04 | Prepare external hard drive for RB PC | 8:00 AM | 11:00 AM | 3.00 |
| 09/14/04 | Setup for Rosh Hashanah services | 4:00 PM | 8:00 PM | 4.00 |
| 09/17/04 | Change setting for services | 3:00 PM | 5:00 PM | 2.00 |
| 09/19/04 | Transfer data from PC to external hard drive | 8:00 AM | 12:00 PM | 4.00 |
| 09/23/04 | Setup for Yom Kippur | 4:00 PM | 7:00 PM | 3.00 |
| 09/27/04 | Finish data transfer from PC to external drive | 8:00 AM | 10:00 AM | 2.00 |
|  |  |  |  | 0.00 |
|  |  |  |  | 0.00 |

**MONTHLY TOTAL HOURS:**   28.00

**TOTAL HOURS TO DATE:**   176.50

**REMAINING HOURS DUE:**   23.50

**SIGNED BY RABBI BROSOWANKIN:** _____

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad /** 21001 Biscayne Blvd, Aventura, Fl. 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:** Aug-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |
|      |                  |            |             | 0.00 |

**MONTHLY TOTAL HOURS:** 0.00

**TOTAL HOURS TO DATE:** 148.50

**REMAINING HOURS DUE:** 51.50

**SIGNED BY RABBI BROSOWANKIN:** _____

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura. FL 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

MONTH OF: Jul-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
| 07/01/04 | Setup for Friday Shabbat dinner | 4:00 PM | 7:00 PM | 3.00 |
| 07/04/04 | Data input (phone directory) | 8:00 AM | 1:30 PM | 5.50 |
| 07/08/04 | Setup for Friday Shabbat dinner | 4:00 PM | 7:00 PM | 3.00 |
| 07/11/04 | Setup new computer room for Rabbi B | 8:00 AM | 1:30 PM | 5.50 |
| 07/15/04 | Setup for Friday Shabbat dinner | 4:00 PM | 7:00 PM | 3.00 |
| 07/22/04 | Setup for Friday Shabbat dinner | 4:00 PM | 7:00 PM | 3.00 |
| 07/29/04 | Setup for Friday Shabbat dinner | 4:00 PM | 7:00 PM | 3.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

**MONTHLY TOTAL HOURS:** 26.00

**TOTAL HOURS TO DATE:** 148.50

**REMAINING HOURS DUE:** 51.50

SIGNED BY RABBI BROSOWANKIN: *Rabbi C. Brosowankin*

# COMMUNITY SERVICE HOURS

## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd, Aventura, FL 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:** Jun-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|---|---|---|---|---|
| 06/02/04 | Data input for operating system on PC | 10:00 AM | 1:00 PM | 3.00 |
| 06/04/04 | Load software on Office computer | 11:00 AM | 1:30 PM | 2.50 |
| 06/07/04 | Unload office supplies and store | 8:00 AM | 12:00 PM | 4.00 |
| 06/11/04 | Create flyer for dinner cruise & print | 3:00 PM | 6:00 PM | 3.00 |
| 06/16/04 | Install modems and software on all PC's | 12:30 PM | 5:30 PM | 5.00 |
| 06/23/04 | Redo dinner cruise flyer (type error) | 4:00 PM | 7:30 PM | 3.50 |
| 06/27/04 | install winfax and setup on all PC's | 8:00 AM | 12:30 PM | 4.50 |
| 06/30/04 | setup for Thursday service | 4:00 PM | 7:00 PM | 3.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

**MONTHLY TOTAL HOURS:** 28.50

**TOTAL HOURS TO DATE:** 122.50

**REMAINING HOURS DUE:** 77.50

SIGNED BY RABBI BROSOWANKIN: *Robin C. Brosowankin*

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd. Aventura, Fl. 33180

**Location Supervisor: Rabbi Brosowankin** (305) 933-0770

**MONTH OF:**    May-04

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HOURS |
|------|------------------|------------|-------------|-------------------|
| 05/05/04 | Load software in PC | 9:00 AM | 12:00 PM | 3.00 |
| 05/10/04 | Data entry in PC | 10:00 AM | 2:00 PM | 4.00 |
| 05/14/04 | Rebuild PC for Rabbi Brosowankin | 3:00 PM | 7:00 PM | 4.00 |
| 05/16/04 | Rebuild PC for Rabbi Brosowankin | 7:00 AM | 10:00 AM | 3.00 |
| 05/25/04 | Load OS in PC for Rabbi Brosowankin | 2:00 PM | 6:30 PM | 4.50 |
| 05/31/04 | Finish/deliver PC to Rabbi Brosowankin | 9:00 AM | 12:00 PM | 3.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

|  |  |
|--|--|
| **MONTHLY TOTAL HOURS:** | 21.50 |
| **TOTAL HOURS TO DATE:** | 94.00 |
| **REMAINING HOURS DUE:** | 106.00 |

**SIGNED BY RABBI BROSOWANKIN:** _____



# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad /** 21001 Biscayne Blvd, Aventura, Fl. 33180

**Location Supervisor: Rabbi Forta** (305) 933-0770

**MONTH OF:** _____ April _____

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HRS. |
|---|---|---|---|---|
| 04/03 | Drop off calendars . | 10:00am | 01:00pm | 3 |
| 04/09 | Mail out calendars . | 08:30am | 12:00pm | 3.5 |
| 04/20 | Install software for edu. | 08:30am | 01:00pm | 4.5 |
| 04/21 | Compile new mailing Dade | 08:00am | 12:00pm | 4 |
| 04/28 | Drop off calendars mrkts. | 01:00pm | 04:30pm | 3.5 |
| 04/29 | mail last candles/letters | 08:00am | 03:00pm | 7 |

**MONTHLY TOTAL HOURS:** __25.5____

**Entered By Rabbi B.** _____



# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad /** 21001 Biscayne Blvd, Aventura, Fl. 33180

**Location Supervisor: Rabbi Forta** (305) 933-0770

**MONTH OF:** _____ March _____

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HRS. |
|------|------------------|------------|-------------|-------------------|
| 03/16 | hand out calendars | 10:00am | 02:00pm | 4 |
| 03/18 | hand out calendars | 09:30am | 12:30pm | 3 |
| 03/23 | start mailing candle pro | 08:30am | 03:00pm | 6.5 |
| 03/25 | mailing of candle promo | 08:00am | 12:00pm | 4 |
| 03/29 | mailing candles promo | 02:00pm | 05:30pm | 3.5 |
| 03/30 | finish mailing candle | 08:00am | 03:00pm | 7 |

**MONTHLY TOTAL HOURS:** 28

**Entered By Rabbi Forta** _____

Rabbi Bronswankin   x   Eber Casule Bronswanki

# COMMUNITY SERVICE HOURS
## for ADAM SILVERMAN

**Location: Aventura Chabad** / 21001 Biscayne Blvd, Aventura, Fl. 33180

**Location Supervisor: Rabbi Forta** (305) 933-0770

**MONTH OF:** _February_

| DATE | WORK DESCRIPTION | TIME START | TIME FINISH | DAILY TOTAL HRS. |
|------|------------------|------------|-------------|------------------|
| 02/23 | set up for morn. Service | 6:30am | 8:30am | 2 |
| 02/24 | marketing list form | 6:30am | 11:30am | 5 |
| 02/26 | marketing list form | 6:00am | 9:30am | 3.5 |
| 02/26 | make real estate list | 4:30pm | 8:00pm | 3.5 |
| 02/28 | call from list | 1:00pm | 3:00pm | 2 |
| 02/29 | Create database | 6:00am | 9:00am | 3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONTHLY TOTAL HOURS:** _19_
**HOURLY BALANCE DUE:** _181_

**Entered By Rabbi Forta** _(signature)_

**Verified By U.S.P.O. (Steve Aasterud)** _____

_TC | RABBI FORTA_
_3-16-04_