UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADAM TODD SILVERMAN,

    Defendant.
_____/

## ORDER ON RENEWAL OF DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

THIS MATTER is before the Court pursuant to Renewal of Defendant's Motion Under 18 U.S.C. §§ 3583(e)(1) and (e)(2) for Early Termination of Probation (D.E. #712). After reviewing the motion and the defendant having completed all of his community service hours, it is

ORDERED and ADJUDGED that Defendant's Motion Under 18 U.S.C. §§ 3583(e)(1) and (e)(2) for Early Termination of Probation (D.E. #712) is **GRANTED.**

DONE and ORDERED in Chambers at Miami, Florida this _30_ day of June, 2005.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lawrence LaVacchio, AUSA
Lawrence H. Rogovin, Esq.
Steven Aesterud, U.S. Probation Officer

